# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 935 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA BOARD OF LAW EXAMINERS | : : : | SUPREME COURT RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2023, Lawrence J. Moran, Sr., Esquire, is hereby designated as Chair, and Michael B. Lutz, Esquire, is hereby designated as Vice-Chair, of the Pennsylvania Board of Law Examiners, commencing April 1, 2023.